AMERICAN BUILDING & LOAN ASSOCIATION V. CHARLES EBLE.

FILED MAY 20, 1896.   No. 6491.

Contracts: CORPORATIONS: WITHDRAWAL OF STOCKHOLDERS: BUILDING AND LOAN ASSOCIATIONS.

ERROR from the district court of Madison county. Tried below before JACKSON, J.

*C. M. Cooley* and *Barnes & Tyler*, for plaintiff in error.

*George E. Pritchett, John S. Robinson,* and *Powers & Hays,* contra.

PER CURIAM.

This cause is submitted upon substantially the same record as in *American Building & Loan Ass'n v. Rainbolt,* 48 Neb., 434, and *American Building & Loan Ass'n v. Bear,* 48 Neb., 455, and following those cases the judgment is reversed and the cause remanded for further action by the district court.

REVERSED.